THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Lamont M.
 Cusack, Appellant.
 
 
 

Appeal From Florence County
Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No. 2009-UP-331
Submitted May 1, 2009  Filed June 15,
 2009   
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Lamont
 Cusack appeals his guilty pleas  and sentences for armed robbery and four
 counts of kidnapping, arguing the plea court failed to advise him of the
 constitutional rights he would be waiving by pleading guilty.  After a thorough review of the record and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.